UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| RON O'NEAL, | : | |
| | : | Civil Action No. 09-4500 (RMB) |
| Petitioner, | : | |
| | : | |
| v. | : | **O R D E R** |
| | : | (CLOSED) |
| WARDEN GRONDOLSKY, | : | |
| | : | |
| Respondent. | : | |

For the reasons set forth in this Court's Opinion filed herewith;

IT IS ON THIS **26th** day of **March 2010**;

**ORDERED** that the Petition for a Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2241, is dismissed without prejudice to the filing of a petition under 28 U.S.C. § 2254 after exhaustion of available state court remedies; and it is further

**ORDERED** that the Clerk shall serve copies of this Order and the accompanying Opinion by regular mail upon Petitioner, and shall close the file.

s/Renée Marie Bumb
RENÉE MARIE BUMB
United States District Judge